No. 11–5865. JAMES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5919. ALEXANDER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6036. GRAVELY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6094. HUNTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6099. ASANTE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1243. CUNNINGHAM v. UNITED STATES, 563 U. S. 990; and
No. 10–10187. WILLIAMS v. HOOKS, WARDEN, 564 U. S. 1042. Petitions for rehearing denied.

OCTOBER 11, 2011

No. 10–10652. JOHNSON v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.; and JOHNSON v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY (Reported below: 414 Fed. Appx. 887). C. A. 8th Cir. Because the Court lacks a quorum, 28 U. S. C. § 1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, JUSTICE THOMAS, JUSTICE GINSBURG, JUSTICE